AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
7/25/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
07/25/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KL___ DEPUTY

United States of America

v.

ALEXANDRIA DEMETRIUS AUGUSTINE,

Defendant.

Case No.   2:25-MJ-04684-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about July 24, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault of a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

/s/
_____
Complainant's signature

Timothy Rivero, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   July 25, 2025

*Judge's signature*

City and state:   Los Angeles, California      Hon. Alicia G. Rosenberg, U.S. Magistrate Judge
*Printed name and title*

AUSA: Yervant P. Hagopian x0732

**AFFIDAVIT**

I, Timothy Rivero, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Senior Special Agent with the Department of Homeland Security – Federal Protective Services ("FPS") and have been so employed since October 2003. As a Special Agent, my official duties are to investigate crimes against the United States including its properties and employees. Specifically, I investigate assault and threats on government officials, theft and depredation of government property, impersonation of government officials, arson, prohibited firearm possession on government property, and narcotic-related offenses. Since 2003, I have conducted numerous criminal investigations including assaults on government officials, threats against federal officials and depredation of government property. From 1997 to July 2003, I was a uniformed law enforcement officer with FPS. In that position, I conducted all matters related to law enforcement including investigating assaults on federal officials and contractors.

2. At the Federal Law Enforcement Training Center ("Academy") in Glynco, Georgia, I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, arrest warrant affidavits, criminal complaints, and probable cause. The Academy covered all aspects of federal led investigations, including but not limited to drug

investigations, identification of controlled substances, physical and electronic surveillance, utilization of confidential sources, interview techniques, undercover operations, physical surveillance, constitutional rights, the execution of search warrants, and working with confidential sources.

## II. **PURPOSE OF AFFIDAVIT**

3. This affidavit is made in support of a criminal complaint and arrest warrant against Alexandria Demetrius AUGUSTINE ("AUGUSTINE") for violating 18 U.S.C. § 111(a)(1), Assault of a Federal Officer.

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. **STATEMENT OF PROBABLE CAUSE**

5. Based on my review of video surveillance, open-source images, and a written statement composed by FPS Officer A.G., I know the following:

   a. On July 24, 2025, at approximately 11:00 p.m., a group of individuals congregated on the sidewalk near the

Alameda Street entrance to the parking garage attached to the Roybal Federal Building ("Roybal") in Los Angeles. Ultimately, that group of people made their way from the public sidewalk that abuts Alameda Street onto the federal property that sits between the Roybal parking garage entrance and the sidewalk.

      b.   That group of people appeared to be protesting recent federal immigration enforcement actions in the Los Angeles area, and some of the people within the group carried large umbrellas and flashlights. Since that group of people were trespassing on federal property and were carrying items that could have been used to obstruct vehicle traffic between Alameda Street and the Roybal parking garage, FPS officers (including Officer A.G.) were deployed to try to move the crowd back toward Alameda Street.

      c.   As the group of FPS officers approached the group of protestors, many of the protestors became agitated, began yelling at the FPS officers, and some in the group (including one who was later identified as AUGUSTINE) started waving their umbrellas toward the officers.

      d.   As the FPS officers moved the protestors back, Officer A.G. approached AUGUSTINE and AUGUSTINE extended her umbrella toward Officer A.G. Then, Officer A.G. used his hand to try to move the umbrella away from him and tore the fabric from the umbrella's frame. After Officer A.G. tore the fabric off the umbrella's frame, AUGUSTINE threw, and intentionally assaulted Officer A.G. with the now metal frame of the umbrella on the left shoulder and upper chest area.

## IV. CONCLUSION

6. For all the reasons described above, there is probable cause to believe that AUGUSTINE has committed a violation of 18 U.S.C. § 111(a)(1) (Assault of a Federal Officer), and that there is evidence of violation 18 U.S.C. § 111(a)(1), as described within this affidavit.

/s/

Timothy Rivero,
Senior Special Agent
Department of Homeland Security
Federal Protective Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 25th day of July, 2025.

HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE