BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
MIRELLE RAZA (Cal. Bar No. 340055)
Assistant United States Attorney
General Crimes Section
        1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:    (213) 894-6058
        Facsimile:    (213) 894-0141
        Email:    mirelle.raza@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-04684-DUTY |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| ALEXANDRIA DEMETRIUS AUGUSTINE, | |
| Defendant. | |

        The Acting United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint against defendant Alexandria Demetrius Augustine without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

        The government's request for dismissal is made in good faith and in the interest of justice.  The law "generally require[s] a district court to defer to the government's decision to seek a dismissal of a criminal charge" under Rule 48(a) motions when they are not opposed

1  by the defense.  United States v. Gonzalez, 58 F.3d 459, 462 (9th

2  Cir. 1995).  Federal Public Defender Aimee Carlisle objects to this

3  motion and would ask that the complaint be dismissed with prejudice.

4       The government requests that the Court grant this motion to

5  dismiss the complaint without prejudice against defendant Alexandria

6  Demetrius Augustine pursuant to Federal Rule of Criminal Procedure

7  48(a). The government further requests that defendant defendant's

8  bond be exonerated on this charge.

9

   Dated: August 15, 2025          Respectfully submitted,

10                                  BILAL A. ESSAYLI
11                                  Acting United States Attorney

12                                  CHRISTINA T. SHAY
                                    Assistant United States Attorney
13                                  Chief, Criminal Division

14
                                    _____/s/_____
15                                  MIRELLE RAZA
16                                  Assistant United States Attorney

17                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

18

19

20

21

22

23

24

25

26

27

28