

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 25- 2:25-cr-00678-JFW |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer or Employee] |
| ALEXANDRIA DEMETRIUS AUGUSTINE, | |
| Defendant. | **[CLASS A MISDEMEANOR]** |

The Acting United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about July 24, 2025, in Los Angeles County, within the Central District of California, defendant ALEXANDRIA DEMETRIUS AUGUSTINE, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim A.G., an employee of

//

//

the Federal Protection Service, while A.G. was engaged in, and on account of, the performance of A.G.'s official duties.

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

MIRELLE RAZA
Assistant United States Attorney
General Crimes Section