CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
REBECCA M. ABEL (Bar No. 298604)
(E-Mail: rebecca_abel@fd.org)
Aden Kahssai (NV Bar No. 15581)
(E-Mail: Aden_Kahssai@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ALEXANDRIA AUGUSTINE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA AUGUSTINE,<br><br>Defendant. | Case No. 2:25-cr-00678-KS<br><br>**PROPOSED VOIR DIRE QUESTIONS**<br><br>Hearing Date: October 2, 2025<br>Hearing Time: 11:00 a.m.<br><br>**Honorable Karen L. Stevenson** |

Defendant Alexandria Augustine, through her counsel of record, Aden Kahssai and Rebecca Abel, hereby submits her proposed voir dire questions.

                                        Respectfully submitted,

                                        CUAUHTEMOC ORTEGA
                                        Federal Public Defender

DATED: October 1, 2025      By */s/ Rebecca M. Abel*
                                        REBECCA M. ABEL
                                        ADEN KAHSSAI
                                        Deputy Federal Public Defenders
                                        Attorneys for ALEXANDRA AUGUSTINE

## DEFENSE'S PROPOSED VOIR DIRE

The defense respectfully requests that the jurors be inquired as to the following:

1. Does anyone feel that because Ms. Augustine is here charged with an offense that she must have done something wrong?

2. Does anyone think that the defense has to introduce any evidence in order for you to find her not guilty?

3. In every criminal case, the defendant has an absolute right not to testify. If Ms. Augustine decides not to testify, could you accept that decision and not hold it against her in any way?

4. The defendant also has the right to testify in her own defense, just like any other witness. Do you believe you could evaluate her testimony by the same standards you apply to all other witnesses?

5. Does anyone have strong feelings about people engaging in public protest?

6. Have you or someone close to you ever attended a protest or demonstration? What was that experience like?

7. Do you believe protests should sometimes involve disruption to get a message across?

8. Would anyone have difficulty with the idea that protests can sometimes be loud, emotional, and even tense, but still lawful?

9. Do you tend to give more credibility to law enforcement officers than to other witnesses just because of their position?

10. Do you believe it is possible for a law enforcement officer to make a mistake?

11. How do you feel about law enforcement's role in policing protests?

12. Do you believe there are situations where a person might need to defend themselves, even against a law enforcement officer?

13. Do you believe there are times when law enforcement officers may use more force than is necessary?

14. Ms. Augustine is presumed innocent unless the government proves she is guilty beyond a reasonable doubt. Does anyone here feel that if someone is arrested at a protest, they probably did something wrong?

///

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: October 1, 2025     By  /s/ Rebecca M. Abel
REBECCA M. ABEL
ADEN KAHSSAI
Deputy Federal Public Defenders
Attorneys for ALEXANDRA AUGUSTINE