**FILED**
CLERK, U.S. DISTRICT COURT
10/6/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_RYO\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00678(B)-KS |
|---|---|
| Plaintiff, | S E C O N D |
| v. | S U P E R S E D I N G |
|  | I N F O R M A T I O N |
| ALEXANDRIA DEMETRIUS AUGUSTINE, | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer or Employee; 40 U.S.C. § 1315(c) & 41 C.F.R. § 102-74.385: Failing to Comply with Official Signs and Directions] |
| Defendant. |  |
|  | [CLASS A AND C MISDEMEANORS] |

The Acting United States Attorney charges:

COUNT ONE

[18 U.S.C. § 111(a)(1)]

[CLASS A MISDEMEANOR]

On or about July 24, 2025, in Los Angeles County, within the Central District of California, defendant ALEXANDRIA DEMETRIUS AUGUSTINE, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim A.G., an employee of the Federal Protective Service, while A.G. was engaged in, and on account of, the performance of A.G.'s official duties.

COUNT TWO

[40 U.S.C. § 1315(c); 41 C.F.R. § 102-74.385]

[CLASS C MISDEMEANOR]

On or about July 24, 2025, on federal property under the authority of the General Services Administration, where signage regulating conduct was conspicuously posted, in Los Angeles County, within the Central District of California, defendant ALEXANDRIA DEMETRIUS AUGUSTINE knowingly and willfully failed to comply with the lawful directions of Federal police officers and other authorized individuals, namely, employees of the Federal Protective Service.

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

*/s/ Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

PATRICK D. KIBBE
Assistant United States Attorney
General Crimes Section

CHRISTOPHER R. JONES
Assistant United States Attorney
General Crimes Section

2