FILED
CLERK, U.S. DISTRICT COURT
OCT 10 2025
CENTRAL DISTRICT OF CALIFORNIA
BY       DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:25-cr-678-KS |
| Plaintiff, | |
| v. | VERDICT FORM |
| ALEXANDRIA DEMETRIUS AUGUSTINE, | |
| Defendant. | |

## VERDICT FORM

We, the JURY in the above-captioned action, unanimously find defendant ALEXANDRIA DEMETRIUS AUGUSTINE:



____✓____        NOT GUILTY


_____        GUILTY

of Assault on Alexandro Gutierrez, a federal officer, as charged in the Second Superseding Information.

REDACTED
_____
FOREPERSON OF THE JURY

DATED: 10/10/2025 , in Los Angeles, California.