UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: CR 25-00678-KS-1    Date: October 23, 2025

Present: The Honorable: Karen L. Stevenson, Chief United States Magistrate Judge

Interpreter: N/A

| Gay Roberson | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App |
|---|---|---|---|---|---|---|
| Ret | | | | | | |
| Alexandria Demetrius Augustine | | | | | | |

**Proceedings: (IN CHAMBERS) MINUTE ORDER RE: SCHEDULING BENCH TRIAL**

The Bench trial is scheduled for Tuesday, January 27, 2026 at 8:30 a.m., in courtroom 580, 5th Floor, Roybal Federal Building, 255 East Temple Street, Los Angeles, California, 90010.

**IT IS SO ORDERED**

Initials of Deputy Clerk ___gr___