CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Rebecca M. Abel (Bar No. 298604)
(E-Mail: rebecca_abel@fd.org)
Aden Kahssai (NV Bar No. 15581)
(E-Mail: Aden_Kahssai@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ALEXANDRIA AUGUSTINE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA AUGUSTINE,<br><br>Defendant. | Case No. 2:25-cr-00678-KS<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION TO CONTINUE TRIAL DATE |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the stipulation to continue trial date is granted and that the trial date is hereby continued to February 26, 2026.

DATED: January 6, 2026        By _____
                              HON. KAREN L. STEVENSON
                              Chief United States Magistrate Judge


Presented by:

    /s/ Rebecca M. Abel
Deputy Federal Public Defender